PRL USA Holdings, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-05969

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | gzbestprint.en.alibaba.com | Guangzhou Best Print Co., Ltd |
| 2 | omgode.en.alibaba.com | Guangzhou Omgode International Trading Co., Ltd. |
| 3 | aliexpress.com/store/911044202 | Shop911044202 Store |
| 4 | aliexpress.com/store/5361274 | shui73shou2019 Store |
| 5 | aliexpress.com/store/1021819 | Blue Ocean International Co., Ltd |
| 6 | aliexpress.com/store/3079052 | Game Gege Store |
| 7 | aliexpress.com/store/3624144 | Charmed Store |
| 8 | aliexpress.com/store/3874114 | GAYE Coltd Store |
| 9 | aliexpress.com/store/4929040 | HBEN Store |
| 10 | aliexpress.com/store/5075445 | 3Cases Accessories Factory Store |
| 11 | aliexpress.com/store/5250224 | zhuxiaoxi Store |
| 12 | aliexpress.com/store/5434180 | MAN YI Store |
| 13 | aliexpress.com/store/5438339 | Cherryaka Store |
| 14 | aliexpress.com/store/5563069 | MOKOTODO HIGH-QUALITY Store |
| 15 | aliexpress.com/store/5778562 | Fashionable Wholesales& Discount Shopping Store |
| 16 | aliexpress.com/store/5886353 | Janelove28 Store |
| 17 | aliexpress.com/store/900239262 | Life products of wife Store |
| 18 | aliexpress.com/store/900249443 | Baget Store |
| 19 | aliexpress.com/store/910364092 | Shop910364092 Store |
| 20 | aliexpress.com/store/910783052 | Luckys Accessories Factory Store |
| 21 | aliexpress.com/store/911056244 | Surpassing and fashionable masks Store |
| 22 | aliexpress.com/store/911124046 | Shop911124046 Store |
| 23 | aliexpress.com/store/911328091 | YXFY Store |
| 24 | aliexpress.com/store/911379228 | Shop911379228 Store |
| 25 | aliexpress.com/store/911417457 | Shop911417457 Store |
| 26 | aliexpress.com/store/911605236 | diamyf monopol Store |
| 27 | aliexpress.com/store/911707283 | wan xin liang 888 Store |
| 28 | aliexpress.com/store/911805379 | 14865 Yi Xinlong Store |
| 29 | aliexpress.com/store/911942494 | wowo quality Store |
| 30 | aliexpress.com/store/912105021 | TENDER557 Store |

| | | |
|---|---|---|
| 31 | aliexpress.com/store/910437141 | Shop910437141 Store |
| 32 | aliexpress.com/store/911192075 | Clevers riches 89 Store |
| 33 | aliexpress.com/store/911550094 | Shop911550094 Store |
| 34 | aliexpress.com/store/912181680 | bao8866 Store |
| 35 | amazon.com/sp?seller=A145PM4MLVU68E | wushunheng |
| 36 | amazon.com/sp?seller=A16PHMC7QBUHBD | YinHaoHaoYin |
| 37 | amazon.com/sp?seller=A1P7PXARM6J233 | Miracy |
| 38 | amazon.com/sp?seller=A2DRAZFCJVLOUT | HeBiShangYuanShangMaoYouXianGongSi |
| 39 | amazon.com/sp?seller=A2HDHWRVSNHFPO | youqimeijia |
| 40 | amazon.com/sp?seller=A2HSOO04TB70QH | gendu |
| 41 | amazon.com/sp?seller=A2M4VYUX6HB4CW | yiwushiziximaoyiyouxiangongsi |
| 42 | amazon.com/sp?seller=A2Q2GHVGUFZC6M | QIUFYYU |
| 43 | amazon.com/sp?seller=A2U1X9TDXXNWEJ | Quanzhou Ruiling Trading Company |
| 44 | amazon.com/sp?seller=A2XX57ZJKP7DDL | liuzhexiangbaodian |
| 45 | amazon.com/sp?seller=A3ONHXI0QV3AX6 | BIXIXN |
| 46 | amazon.com/sp?seller=A5Y7OEOBIRMJL | guoxiaozhi123 |
| 47 | amazon.com/sp?seller=A7OA9KFVDATF2 | Nauoam |
| 48 | amazon.com/sp?seller=A998UO4KUIEC7 | xiamenshiweifengkejiyouxiangongsi |
| 49 | amazon.com/sp?seller=ANPBSJ5G2Z71A | yueyangxiangengdongbaihuodian |
| 50 | amazon.com/sp?seller=AO1J4MKHUZS96 | liuhozhing |
| 51 | amazon.com/sp?seller=ARPKNLJMQ8QS1 | ARPKNLJMQ8QS1 |
| 52 | ebay.com/usr/betababies | betababies |
| 53 | ebay.com/usr/fe7351 | fe7351 |
| 54 | ebay.com/usr/homesale_estore | homesale_estore |
| 55 | ebay.com/usr/jieiaf | jieiaf |
| 56 | ebay.com/usr/jixwa_38 | jixwa_38 |
| 57 | ebay.com/usr/motorbrand18 | motorbrand18 |
| 58 | ebay.com/usr/qi9345 | qi9345 |
| 59 | ebay.com/usr/socofysocofy | socofysocofy |
| 60 | ebay.com/usr/sosov5 | sosov5 |
| 61 | wish.com/merchant/5e6caaf96bab206993b64f79 | ChebishuosU |
| 62 | wish.com/merchant/5e6cc6e31061cf354055ed6a | JushangbabenuFc |
| 63 | wish.com/merchant/5e91ce5b7fbade1bc0bf8abe | DavidqmEogJeDx |
| 64 | wish.com/merchant/5ea003c3dc8d6e21d13797cc | daozhuihuapin |
| 65 | wish.com/merchant/5ff8233a6ac4337285adc956 | LTF |

| 66 | wish.com/merchant/6014d9aa485ca437403c8158 | czyajkshdnzn |
| 67 | wish.com/merchant/60d1abd9d137291c52006af8 | zoushuai2395 |
| 68 | cheap-nikes.com | cheap-nikes.com |
| 69 | cnplaygrounds.com | cnplaygrounds.com |
| 70 | rlpolopascher.fr | rlpolopascher.fr |

| Defendant Domain Names | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | pololaurenoutlet.com | pololaurenoutlet.com |
| 2 | polooutletfactorystore.com | polooutletfactorystore.com |
| 3 | polooutletonlinestores.com | polooutletonlinestores.com |
| 4 | poloralphlaureninc.com | poloralphlaureninc.com |
| 5 | poloralphlaurenorg.com | poloralphlaurenorg.com |
| 6 | polosrlpony.com | polosrlpony.com |
| 7 | prloutletclothing.com | prloutletclothing.com |
| 8 | prlsurprise.com | prlsurprise.com |
| 9 | ralphlaurenpoloofficial.com | ralphlaurenpoloofficial.com |
| 10 | plumberz.co.uk | plumberz.co.uk |